1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

9  | DONALD TAYLOR,
10 |         Plaintiff,                                Case No. 2:11-CV-01100-KJD-(GWF)
11 | vs.                                              **ORDER**
12 | LAS VEGAS METRO POLICE
   | DEPARTMENT, et al.,
13 |
   |         Defendants.
14 |

15     Plaintiff, who is a prisoner in custody at the Clark County Detention Center, see 28 U.S.C.

16  § 1915(h), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 (#1). The court

17  dismisses this action because plaintiff did not pay the filing fee, nor did he submit an application to

18  proceed in forma pauperis with a financial certificate and a copy of his inmate account statement, as

19  required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

20     IT IS THEREFORE ORDERED that the clerk of the court shall send plaintiff a blank form

21  for an application to proceed in forma pauperis for incarcerated litigants and a blank civil rights

22  complaint form with instructions.

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1        IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to plaintiff's

2   commencement of a <u>new</u> action in which he either pays the filing fee in full or submits a complete

3   application to proceed <u>in forma pauperis</u>, accompanied by a signed financial certificate and a

4   statement of his inmate account.  The clerk of the court shall enter judgment accordingly.

5        DATED: July 11, 2011

6

7   _____

8        KENT J. DAWSON
         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28